IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAROLD HOLMES,

    Petitioner,

v.

PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-477-wmc

---

    This action came for consideration before the court with District Judge William Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that petitioner Harold Holmes's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failing to exhaust his state court remedies.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

9/2/10  
Date